UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. CADY,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BURLINGAME,<br><br>        Defendant. | Case No. 22-cv-06019-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 6 |

The Court has reviewed Magistrate Judge Tse's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Clerk is directed to remand this case to the Superior Court of California, County of San Mateo and close the file.

**IT IS SO ORDERED.**

Dated: November 17, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge